Sean R. Kelly (skelly@saiber.com)
**SAIBER LLC**
18 Columbia Turnpike, Suite 200
Florham Park, NJ 07932
Telephone:  (973) 622-3333

Of Counsel:
James H. Hulme, Esquire (James.Hulme@arentfox.com)
Richard J. Berman, Esquire (Richard.Berman@arentfox.com)
Taniel E. Anderson, Esquire (Taniel.Anderson@arentfox.com)
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC  20036
Telephone:  (202) 857-6000

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **SABINSA CORPORATION,** | )<br>)<br>) |
| Plaintiff, | )  Civil Action No. |
| v. | )<br>) |
| **NUTRIBIOLINK LLC,** | )<br>) |
| and | )<br>) |
| **OLIVE LIFESCIENCES PVT. LTD.,** | )<br>) |
| Defendants. | )<br>) |

**DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Sabinsa Corp. ("Sabinsa"), by and through its counsel, hereby certifies that Sabinsa is wholly owned, through various non-public entities, by Dr. Muhammed Majeed.

Dated: July 30, 2014                                             Respectfully submitted,

                                                                      **SAIBER LLC**
                                                                       Attorneys for Plaintiff

                                                      By:  *s/ Sean R. Kelly*
                                                                  Sean Kelly, Esquire
                                                                  18 Columbia Turnpike
                                                                  Suite 200
                                                                  Florham Park, NJ  07932-2266
                                                                  (973) 622-3333

Of Counsel:

James H. Hulme, Esquire
Richard J. Berman, Esquire
Taniel E. Anderson, Esquire
**ARENT FOX LLP**
1717 K St., N.W.
Washington, DC  20036
(202) 857-6000