IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SABINSA CORPORATION, <br><br>    Plaintiff, <br><br> v. <br><br> OLIVE LIFESCIENCES PVT. LTD., <br><br>    Defendant. | HONORABLE JEROME B. SIMANDLE <br><br> Civil Action <br> No. 14-4739 (JBS/KMW) <br><br> **ORDER FOR DEFAULT JUDGMENT** |

   This matter comes before the Court by way of Plaintiff's motion for default judgment [Docket Item 124]; and the Court having considered the submissions; and for the reasons explained in the Memorandum Opinion of today's date; and for good cause shown;

   IT IS this __**28th**__ day of __**March**__, **2017,** hereby

   ORDERED that Plaintiff's motion for default judgment be, and hereby is **GRANTED**; and it is further

   ORDERED that default judgment shall be entered in favor of Plaintiff and against Defendant as follows: $1,234,962.00 in damages, $838,545.00 in attorneys' fees, $12,469.36 in expenses, and $147,282.54 in prejudgment interest.

__s/ Jerome B. Simandle__
JEROME B. SIMANDLE
Chief U.S. District Judge
